UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TRACY LEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:19 CV 1530 RWS |
| | ) | |
| UMB BANK NA, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on pro se plaintiff's motion for an extension of time to provide responses to outstanding discovery requests. The Show Cause Order issued to plaintiff on February 18, 2020 required her to either show cause in writing by March 3, 2020 why defendant's motion to compel should not be granted or to comply with the overdue requests. Plaintiff did not timely respond, as this motion is dated March 5, 2020 and was received by the Clerk's Office today.

The Court will afford plaintiff an extension of time to respond to defendant's discovery requests. However, any future requests for extensions of time should be made on or before the deadline to avoid the Court ruling on motions as unopposed.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for an extension of time [33] is granted, and plaintiff is granted an extension of time, up to and including

**April 3, 2020** to provide written responses, under oath and without objection, to defendant's First Set of Interrogatories and First Request for Production of Documents, and all responsive documents for inspection and copying or produce copies of all responsive documents.

**IT IS FURTHER ORDERED** defendant shall either notify the Court of plaintiff's failure to provide discovery responses or withdraw its motion to compel at or before the status hearing set for April 9, 2020.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 10th day of March, 2020.