UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TRACY LEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:19 CV 1530 RWS |
| ) | |
| UMB BANK NA, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on defendant's motion for summary judgment. Under the provisions of the case management order, plaintiff's opposition to summary judgment was due on November 30, 2020. To date, plaintiff has failed and refused to oppose summary judgment, and her time for doing so has expired. As a one-time accommodation only, the Court will grant plaintiff a brief extension of time to file her opposition. However, plaintiff's failure to file an opposition by the extended deadline will result in the Court considering the motion for summary judgment as unopposed.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff is granted until **December 11, 2020** to file her opposition to summary judgment or the Court will rule the motion as unopposed.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this  4th day of December, 2020.