UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TRACY LEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:19 CV 1530 RWS |
| ) | |
| UMB BANK NA, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

A review of the file demonstrating that plaintiff was never served with a copy of this Court's December 4, 2020 Memorandum and Order,

**IT IS HEREBY ORDERED** that plaintiff is granted until **January 8, 2021** to file her opposition to summary judgment or the Court will rule the motion as unopposed.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 21st day of December, 2020.